Philip J. Pogledich (SBN: 197110)
philip.pogledich@yolocounty.org
Eric May (SBN: 245770)
eric.may@yolocounty.org
OFFICE OF THE COUNTY COUNSEL
625 Court Street, Room 201
Woodland, California 95695
Telephone: (530) 666-8172
Facsimile: (530) 666-8279

Brenda Aguilar-Guerrero (SBN: 151257)
Anne E. Smiddy (SBN: 267758)
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, California 94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Attorneys for Defendant
COUNTY OF YOLO

Paul Q. Goyette (SBN: 137250)
GOYETTE & ASSOCIATES, INC.
A Professional Law Corporation
2366 Gold Meadow Way, Suite 200
Gold River, California 95670
Telephone: (916) 851-1900
Facsimile: (916) 851-1995

Attorneys for Plaintiff
JOHN KENT

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN KENT,<br><br>  Plaintiff,<br><br>  v.<br><br>COUNTY OF YOLO and Does 1 through 100 inclusive,<br><br>  Defendant. | Case No. 2:18-cv-02805-MCE-DB<br><br>**JOINT APPLICATION AND ORDER GRANTING JOINT APPLICATION FOR AN ORDER EXTENDING TIME FOR COUNTY OF YOLO'S RESPONSE TO THE COMPLAINT**<br>**[Local Rule 144]**<br><br>**Hon. Morrison C. England, Jr.**<br><br>**Trial Date:     None Set** |

Pursuant to Local Rule 144, Defendant County of Yolo ("Yolo County") and Plaintiff John Kent ("Plaintiff") jointly submit this application for an order extending the time period for Yolo County to respond to the Complaint in this action. This is the parties' second agreement to extend the time period for Yolo County to respond to the Complaint. The original deadline to respond to the Complaint was October 26, 2018. On October 25, 2018, the parties agreed to a fourteen-day extension of time, so that Plaintiff could review Yolo County's October 23, 2018 letter setting forth the arguments Yolo County intends to raise in its Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). The parties filed a stipulation pursuant to Local Rule 144(a), making the response due on November 9, 2018. The parties met and conferred on November 2, 2018, and agreed that they require a second extension to further meet and confer regarding these issues. Therefore, the parties jointly request that the Court allow an additional week extension of time for Yolo County to respond to the Complaint, such that the response will be due on November 16, 2018.

Jointly Submitted,

DATED: November 5, 2018        MEYERS, NAVE, RIBACK, SILVER & WILSON

By:     /s/ Brenda Aguilar-Guerrero
Brenda Aguilar-Guerrero
Attorneys for Defendant
County of Yolo

DATED: November 5, 2018        GOYETTE & ASSOCIATES

By:     /s/ Paul Goyette
Paul Goyette
Attorneys for Plaintiff
John Kent

The Court, having reviewed the Joint Application for an Order Extending Time for the County of Yolo's Response to the Complaint (ECF No. 7), GRANTS the Joint Application and approves the second extension of time to respond to the Complaint, such that the response is due on **November 16, 2018**.

IT IS SO ORDERED.

Dated: November 6, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

3
JOINT APPLICATION AND ORDER GRANTING JOINT APPLICATION FOR AN ORDER EXTENDING TIME FOR COUNTY'S RESPONSE TO THE COMPLAINT