PAUL Q. GOYETTE (SBN 137250)
**GOYETTE & ASSOCIATES, INC.**
**A Professional Law Corporation**
2366 Gold Meadow Way, Suite 200
Gold River, CA 95670
Ph: (916) 851-1900
Fax: (916) 851-1995
Email:  goyettep@goyette-assoc.com

Attorney for Plaintiff, JOHN KENT

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN KENT,<br><br>　　　　Plaintiff,<br><br>v.<br><br>COUNTY OF YOLO, and Does 1 through 100, inclusive,<br><br>　　　　Defendant. | Case No.  2:18-CV-02805-MCE-DB<br><br>**ORDER ON JOINT STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE AMENDED COMPLAINT** |

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that Plaintiff should file an amended complaint on or before Wednesday, October 30, 2019.

IT IS SO ORDERED.

Dated:  October 28, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE